IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ferguson, Jemarco J

Printed: 11/18/08

Case Number: 08 B 09160
Judge: Squires, John H
Filed: 4/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 8, 2008
Confirmed: June 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,300.00 |  |
| Secured: |  | 605.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 610.50 |
| Trustee Fee: |  | 84.50 |
| Other Funds: |  | 0.00 |
| Totals: | 1,300.00 | 1,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 610.50 |
| 2. | National Auto Finance Inc | Secured | 25,990.55 | 585.00 |
| 3. | Illinois Title Loans | Secured | 544.84 | 20.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 66.98 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 20.22 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 25.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 141.67 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 509.90 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 46.15 | 0.00 |
| 10. | National Auto Finance Inc | Unsecured | 0.00 | 0.00 |
| 11. | Triad Financial Services | Unsecured | 406.12 | 0.00 |
| 12. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,225.43 | $ 1,215.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 84.50 |
|  | $ 84.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Ferguson, Jemarco J | Case Number:  08 B 09160 |
| | Judge:  Squires, John H |
| Printed: 11/18/08 | Filed:  4/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

